IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,              )          Case No: 8:14CR125
                                       )
                Plaintiff,             )
                                       )          **ORDER TO WITHDRAW**
        vs.                            )          **EXHIBITS OR TO SHOW**
                                       )          **CAUSE WHY EXHIBITS**
SEVERO HERNANDEZ-HERNANDEZ,            )          **SHOULD NOT BE DESTROYED**
                                       )
                Defendant.             )
                                       )
_____       )

        Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

        Exhibit number 101 from sentencing held 10/2/2014

        If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

        IT IS SO ORDERED.

        DATED this 4th day of November, 2015.

                                BY THE COURT:

                                s/ Joseph F. Bataillon
                                Senior United States District Judge